In the Matter of FREDERICK P. ALTSCHUL, Respondent, against OSCAR DANE, Appellant.

Submitted April 15, 1940; decided April 23, 1940.

*Ralph J. Barra* and *Caesar B. F. Barra* for motion.
*Avel B. Silverman* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements. If the order is final an appeal lies as of right.